UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL LOZADA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ISLAND MASTER LOCKSMITH, INC.,<br><br>Defendant. | Case No.: 12 CV 4827<br><br>ECF CASE<br><br>**DEFENDANT ISLAND MASTER LOCKSMITH, INC.'S FED. R. CIV. P. 7.1 STATEMENT.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Island Master Locksmith, Inc. hereby represents that Defendant is not publicly traded and has no corporate parents, subsidiaries or affiliates which are publicly held.

Respectfully submitted,

JACKSON LEWIS LLP
666 Third Avenue, 29th Floor
New York, New York, 1001
(212) 545-4000

By: _____SAbeysekera_____
Felice B. Ekelman
Samantha Abeysekera
ATTORNEYS FOR DEFENDANT

Dated: December 6, 2012
New York, New York

1