UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL LOZADA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ISLAND MASTER LOCKSMITH, INC.,<br><br>Defendant. | Case No.: 12 CIV 4827<br><br>ECF CASE<br><br>**AFFIDAVIT OF DOUGLAS E. ROWE, ESQ. IN SUPPORT OF DEFENDANT ISLAND MASTER LOCKSMITH, INC.'S REQUEST TO SUBSTITUTE COUNSEL PURSUANT TO LOCAL RULE 1.4** |

STATE OF NEW YORK  )
                                    ) SS.:
COUNTY OF NEW YORK )

DOUGLAS E. ROWE, being duly sworn, deposes and says:

1. I am a partner with the law firm of Certilman Balin Adler & Hyman, LLP and am familiar with the facts set forth herein.

2. This Affidavit is submitted pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York in connection with the request of Defendant Island Master Locksmith, Inc. to permit me to withdraw as counsel of record for Defendant in this litigation, and to permit Felice B. Ekelman, Esq. and Samantha Abeysekera, Esq. of the firm of Jackson Lewis LLP to be submitted as counsel of record for Defendant in connection with the above-captioned action.

3. At the outset of this matter, Defendant retained my firm to represent it in this action.

4. On or about November 29, 2012, Defendant notified me that it had decided to use Jackson Lewis LLP to represent it in connection with this litigation based on a

recommendation from another entity.

5. The Answer to Plaintiff's Complaint is due on December 10, 2012, and I understand that it will be filed and served by Jackson Lewis LLP.

6. An initial case conference has been scheduled in this matter for January 24, 2012, and I understand that substituting counsel will attend.

7. I will cooperate in effectuating this substitution.

8. Based on the foregoing, Defendant respectfully requests that the Court permit me, of the law firm of Certilman Balin Adler & Hyman, LLP, to withdraw as counsel of record for Defendant.

_____
Douglas E. Rowe

Sworn to before me this 10th day
of December, 2012

_____
Notary Public

4843-3851-5986, v. 1

KAREN P. GALVIN
Notary Public, State Of New York
No.01GA5001652
Qualified In Nassau County
Commission Expires September 14, 2014